UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KATIE EASON,  )
 )
        Plaintiff,  )
 )  **JUDGMENT IN A CIVIL CASE**
   v.  )
 )  **CASE NO. 5:18-CV-236-D**
NANCY A. BERRYHILL, Acting Commissioner  )
of Social Security,  )
        Defendant.  )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Eason's case is dismissed without prejudice.

**This Judgment Filed and Entered on December 12, 2018, and Copies To:**
Katie Eason    (Sent to 1509 Dovetail Drive Fayettevill, NC 28314 via US Mail)

DATE:    PETER A. MOORE, JR., CLERK
December 12, 2018    (By) /s/ Nicole Sellers
    Deputy Clerk